**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL ORTIZ PEREZ,

Defendant.

Criminal No. 25-39 (JRT/JFD)

**ORDER**

Matthew David Evans and LeeAnn K. Bell, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Plaintiff.

Jean M. Brandl, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for Defendant.

This matter is before the Court on the Government's Motion to Dismiss (Docket No. [23]) in the above-referenced matter.

**NOW, THEREFORE, IT IS HEREBY ORDERED**, upon good cause shown, that the government's motion is granted and this matter is dismissed without prejudice.

DATED: November 13, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge